IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03357-WJM-KLM

GUY DEFAZIO,

    Plaintiff,

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Uncontested Motion to Change Date of Pretrial Conference** [Docket No. 38; Filed January 4, 2013] (the "Motion"). Plaintiff seeks a one-day extension based on a scheduling conflict that recently arose.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for January 22, 2013, is **VACATED** and **RESET** to **January 23, 2013**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 18, 2013**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

    **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

    Dated:  January 7, 2013